# Court of Appeals
# of the State of Georgia

ATLANTA, August 23, 2019

*The Court of Appeals hereby passes the following order:*

**A20I0017. IRONWOOD CAPITAL PARTNERS, LLC et al. v. GORDON JONES, II.**

In this business dispute, the plaintiff and the defendants both filed motions for partial summary judgment. The trial court entered an order granting in part and denying in part the plaintiff's motion and denying the defendants' motion. The defendants then filed this timely application for interlocutory review of the trial court's order, seeking to challenge that portion of the order granting the plaintiff's motion.

The grant of partial summary judgment as to one or more but fewer than all the claims or parties may be directly appealed. See OCGA § 9-11-56 (h); *City of Demorest v. Town of Mt. Airy*, 282 Ga. 653, 654 n. 1 (653 SE2d 43) (2007); *Olympic Dev. Group, Inc. v. American Druggists' Ins. Co.*, 175 Ga. App. 425, 425 (1) (333 SE2d 622) (1985). Thus, the trial court's order here is subject to direct appeal. "This Court will grant a timely application for interlocutory review if the order complained of is subject to direct appeal and the applicants have not otherwise filed a notice of appeal." *Spivey v. Hembree*, 268 Ga. App. 485, 486 n. 1 (602 SE2d 246) (2004).

Accordingly, this interlocutory application is hereby GRANTED. The defendants shall have ten days from the date of this order to file a notice of appeal in the trial court. If the defendants have already filed a notice of appeal from the order

at issue here, they need not file a second notice. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,* ___08/23/2019_____
      *I certify that the above is a true extract from* *the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court* *hereto affixed the day and year last above written.*

_____, *Clerk.*